FILED'09 DEC 21 10:09USDC-ORM

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BECKY STILES**,                                CV # 08-1303-CL

    Plaintiff,

vs.                                         ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

    Attorney fees in the amount of $5,500.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this 21 day of December 2009.

                                               United States District / Magistrate Judge

Submitted on December 17, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1